FILED
SEP 20 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

1  ALEX G. TSE (CABN 152348)
   United States Attorney
2
3  BARBARA J. VALLIERE (DCBN 439353)
   Chief, Criminal Division
4  MICHELLE J. KANE (CABN 210579)
   Assistant United States Attorney
5
6      1301 Clay Street, Suite 340S
       Oakland, California 94612
7      Telephone: (510) 637-3680
       FAX: (510) 637-3724
8      michelle.kane3@usdoj.gov

9  Attorneys for United States of America

10                UNITED STATES DISTRICT COURT
11                NORTHERN DISTRICT OF CALIFORNIA
12                       OAKLAND DIVISION

13
14  UNITED STATES OF AMERICA,            )  CASE NO. CR 18 0450 JD
                                         )
15         Plaintiff,                    )
        v.                               )  SEALING APPLICATION AND [PROPOSED]
16                                       )  SEALING ORDER
    LIXIONG CHEN                         )
17                                       )  UNDER SEAL
        a/k/a John Chen,                 )
18                                       )
           Defendant.                    )
19  _____)

20      The United States hereby moves the Court for an order sealing this Motion, the Indictment, the
21  Arrest Warrant, and the Sealing Order in the above-captioned case until the defendant is arrested. The
22  requested sealing is reasonably necessary to protect against the potential destruction of evidence and to
23  prevent the possible flight of the defendant.
24      The United States also requests that, notwithstanding any sealing order, the Clerk of Court be
25  required to give copies of the sealed documents to employees of the United States Attorney's Office,
26  //
27
28

Document No.
2
District Court
Criminal Case Processing

APPLICATION AND
[PROPOSED] ORDER

1  and that they be permitted to provide working copies to special agents and other investigative and law
2  enforcement officers of the Department of Homeland Security.

3  DATED: September 20, 2018                              Respectfully Submitted,

ALEX G. TSE
United States Attorney

*/s/ Michelle J. Kane*

MICHELLE J. KANE
Assistant United States Attorney

### [PROPOSED] SEALING ORDER

Based upon the motion of the United States and for good cause shown regarding the need to protect against the potential destruction of evidence, and to prevent the possible flight of the defendant, the Motion, the Indictment, the Arrest Warrant, and the Sealing Order in this case shall be sealed until the defendant is arrested. Endorsed, filed copies shall be provided to the United States Attorney's Office, which shall be permitted to provide working copies to special agents and other investigative and law enforcement officers of the Department of Homeland Security.

IT IS SO ORDERED.

DATED: __9/20__, 2018

*/s/ Kandis Westmore*

HON. KANDIS A. WESTMORE
United States Magistrate Judge

APPLICATION AND
[PROPOSED] ORDER                                   2